IN THE UNITED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Sumana Kondati,<br>individually<br>and on behalf of all persons<br>similarly situated<br>as class representative under<br>Illinois Law and/or as<br><br>members of the Collective as permitted<br>under the Fair Labor Standards Act;<br><br>Plaintiff,<br>vs.<br>Quality Therapy and Consultation, INC.<br><br>Defendant. | ) <br>) <br>) <br>) CASE NO 17 CV 1461<br>) <br>) <br>)The Honorable **Matthew F. Kennelly**<br>) <br>) **Magistrate Judge the Honorable Susan E. Cox**<br>) <br>) <br>) <br>) <br>) <br>) <br>) |

**PLAINTIFF'S MOTION FOR
ORDER FOR OPT-IN TO APPEAR**

COMES NOW Plaintiff, by and through her attorney John Ireland, and Motions this Court for an Order to an Opt-In to Appear and/or otherwise communicate with counsel and in support thereof she do hereby state and allege as follows:

**1.** This FLSA case was filed on February 25, 2016. (See Docket Document # 1).

2. This court allowed a FLSA Collective Action to be initially certified, and FLSA Notices were sent.

3. A total of thirteen opt-ins provided FLSA consents which were filed in this case.

4. Unfortunately for the Plaintiffs' and counsel the Defendant has stopped its business operations, and has been subject to a DOJ action/false claims act. (See Federal Case Number 14 CV 2083).

5. Thus given the unlikely success of any collection, by Judgment or by settlement,

Plaintiffs' counsel advised named Plaintiff and opt-ins that dismissal was the only reasonable option.

6. The named Plaintiff and twelve (12) of the opt-in Plaintiffs have agreed that the only option is to dismiss the claims.

7. However One of the Opt-ins Plaintiff's has not communicated with the Plaintiff counsel.

8. The last opt-in Plaintiff not communicating with Plaintiff counsel is Deborah A. Castaneda. (See Docket Document # 25)

9. Plaintiff counsel has made many attempts to communication with Ms. Castaneda.

10. These communication attempts include at least six phone calls, with three voice mail messages (after three voicemails were left, later calls found Ms. Castaneda's voicemail full).

11. These communications with Ms. Castaneda included two text messages.

12. These communications also included two correspondences, the last asking specifically for the Plaintiff to call, text email or otherwise contact Plaintiff counsel.

13. At no time did Ms. Castaneda responded to any communication from Plaintiff counsel.

14. Thus Plaintiff counsel asks the court to order the Opt-In Plaintiff, Deborah A. Castaneda, to appear in court, to demonstrate her interest in this litigation.

15. Plaintiff counsel will provide the Court's Order to the Plaintiff via certified mail to the address provided by Ms. Castaneda via her Consent.

Wherefore Plaintiff respectfully requests that this Court:

a) Enter an Order requiring Opt-In Plaintiff Debrorah A. Castaneda to Appear and/or otherwise communicate with counsel

b) Other relief as is just and right.

Respectfully submitted,

/S/ John C. Ireland

Dated May 14, 2018

John C. Ireland
The Law Office of John C. Ireland
636 Spruce Street
South Elgin ILL
60177
630-464-9675
Fax 630-206-0889
attorneyireland@gmail.com