## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Sumana Kondati

                      Plaintiff,

v.                                         Case No.: 1:17–cv–01461
                                                    Honorable Matthew F. Kennelly

Quality Therapy and Consultation, Inc

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 31, 2018:

      MINUTE entry before the Honorable Matthew F. Kennelly: Status hearing held on 5/31/2018. Deborah Castaneda does not appear as ordered on 5/17/2018. Claims of Deborah Castaneda are dismissed for want of prosecution. Civil case terminated. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.